

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza. 37th Floor*
*New York, New York 10278*

May 28, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/2026

**By Email**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:      *United States v. Mohammad Baqer Saad Dawood Al-Saadi*, **26 Cr. 220 (CM)**

Dear Judge McMahon:

The parties have conferred, and respectfully request that the Court schedule an arraignment and initial conference in the above-captioned matter on June 1, 2026 at 12:30 p.m.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:

Jeffrey W. Coyle
Sarah L. Kushner
Assistant United States Attorneys
Southern District of New York
(212) 637-2437/2676

So ordered.

Colleen McMahon
5/29/2026