UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, -against- MOHAMMAD BAQER SAAD DAWOOD AL-SAADI, Defendant, | : | ~~[Proposed]~~ Order<br>26 Cr. 220 (CM) |

WHEREFORE, to ensure that MDC Brooklyn promptly provides Mohammad Al-Saadi (Register Number 51081-506) with non-legal reading materials shortly after the materials have been approved by the Federal Bureau of Investigation (FBI) as contemplated by the Special Administrative Measures (SAMs) imposed upon Mr. Al-Saadi pursuant to 28 C.F.R. § 501.3,

It is hereby ORDERED that, within 48 business hours of receiving the FBI's approval of non-legal reading materials for Mr. Al-Saadi in accordance with the SAMs, the responsible authorities within MDC Brooklyn, including, but not limited to, the Warden or his or her delegates, shall deliver such reading materials to Mr. Al-Saadi.

Dated: New York, NY
September 15, 2026

SO ORDERED:

HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE