بسم الله الرحمن الرحيم

انفروا خفافا وثقالا وجاهدوا بأموالكم وأنفسكم في سبيل الله ذلكم خير لكم إن كنتم تعلمون

# الهجوم على بنك أمريكا في باريس

جهاد. ثبات. نصر

حركة أصحاب اليمين الإسلامية

(29 مارس 2026)

حركة اصحاب اليمين الاسلامية

# الهجوم على بنك أمريكا في باريس

## مقدمة

في هذا التقرير الشامل والمفصّل، يتم تناول مختلف أبعاد عملية إحباط الهجوم الفاشل أمام مبنى بنك أمريكا (Bank of America) في باريس الذي وقع في 28 مارس 2026. تم إعداد هذا التقرير بالاعتماد على مصادر دولية متعددة، بما في ذلك نيويورك تايمز، رويترز، أسوشيتد برس، وكالة فرانس برس (AFP)، دويتشه فيله (DW)، نيوزويك (Newsweek)، لو موند (Le Monde)، والتقارير المتخصصة الصادرة عن مركز أبحاث إعلام الشرق الأوسط (MEMRI). يتضمن التقرير دراسة دقيقة لعملية الشرطة، وهوية المشتبه بهم ودوافعهم، وهيكل المواد المتفجرة، والجماعة التي تبنت المسؤولية (حركة أصحاب اليمين الإسلامية)، والتحليل الأمني والسياسي لهذا الحدث في سياق الحرب الدائرة في الشرق الأوسط.

## ملخص تنفيذي

في الساعات الأولى من صباح يوم السبت، 28 مارس 2026، أحبطت الشرطة الفرنسية هجومًا إرهابيًا أمام فرع بنك أمريكا في شارع لابويتي (La Boétie) بالدائرة الثامنة في باريس، بالقرب من الشانزليزيه وقصر الإليزيه [1][3][10]. تمكن ضباط الشرطة من اعتقال شاب يبلغ من العمر 17 عامًا من أصول سنغالية كان يعتزم إشعال جهاز متفجر يدوي الصنع يحتوي على 5 لترات من سائل قابل للاشتعال و650 غرامًا من مسحوق متفجر باستخدام ولاعة. وتمكن شريك آخر كان حاضرًا في موقع الحادث من الفرار [4][7][10].

عقب الحادث مباشرة، فتحت النيابة الوطنية لمكافحة الإرهاب الفرنسية (PNAT) تحقيقًا بتهم "محاولة إحراق عمدي على صلة بعمل إرهابي" و"تصنيع مواد متفجرة على صلة بمشروع إرهابي" [1][3]. وأشاد لوران نونيز، وزير الداخلية الفرنسي، بالسرعة في التعامل من قبل الشرطة، وربط هذا الهجوم بالحرب الدائرة في الشرق الأوسط، وأعلن عن رفع مستوى الاستعداد للقوات الأمنية [3][7]. تبنت مسؤولية هذا الهجوم الفاشل جماعة غير معروفة وناشئة تسمى "حركة أصحاب اليمين الإسلامية" (Harakat Ashab al-Yamin al-Islamiyya) أو اختصارًا HAYI [2][9]. بدأت هذه الجماعة نشاطها في أوائل مارس 2026، وكانت قد نفذت قبل ذلك هجمات مماثلة ضد أهداف يهودية وأمريكية في بلجيكا وهولندا واليونان ولندن [2][6][9]. وقبل أسبوع من حادث باريس، هددت هذه الجماعة بشكل محدد مبنى بنك أمريكا في باريس من خلال نشر مقطع فيديو على قنوات تلغرام المرتبطة بحزب الله والحرس الثوري الإيراني [6].

تشير التحليلات الأمنية إلى أن هذه الجماعة، على الرغم من محاولاتها إخفاء هويتها الحقيقية، تمتلك مؤشرات بصرية وتشغيلية مشتركة مع الجماعات التابعة لإيران (محور المقاومة)، بما في ذلك حزب