# نشرة باقر الأنباء الأسبوعية

العدد 10
الأسبوع المنتهي في 18 سبتمبر 2026

بسم الله الرحمن الرحيم

# الخبر الخاص بالملف: **سياسية**

الخبر الأسبوعي السياسي – عراق

للفترة المنتهية في أيلول/سبتمبر

---

## مقدمة عامة

شهد المشهد السياسي العراقي خلال الأسبوع المنتهي في أيلول/سبتمبر حراكاً دبلوماسياً وسياسياً مكثفاً وغير مسبوق، تصدّرته الجولة الأوروبية الرسمية لرئيس مجلس الوزراء علي فالح الزيدي التي شملت فرنسا وألمانيا، والتي أُريد لها أن تكون رسالة استثمارية وسياسية إلى أوروبا. وعلى الصعيد الداخلي، برزت ملفات حصر السلاح بيد الدولة، والاستحقاق السيادي المرتقب في أيلول، والتحضيرات لعقد جلسات مجلس النواب، فضلاً عن المواقف العراقية الرسمية والشعبية من التطورات الإقليمية وفي مقدمتها الاعتداءات على المملكة العربية السعودية. كما شهد الأسبوع حركة تعيينات ومتابعات قضائية وأمنية، ومواقف متعددة من القوى السياسية تجاه تشكيل الحكومة والكابينة الوزارية.

---

## المحور الأول: جولة رئيس الوزراء الأوروبية الرسمية

### المحطة الأولى: الجمهورية الفرنسية – باريس

---

*. وصول رئيس الوزراء إلى باريس في زيارة رسمية*

النص الخبري: وصل رئيس مجلس الوزراء علي فالح الزيدي إلى العاصمة الفرنسية باريس في زيارة رسمية، بدعوة من الرئيس الفرنسي إيمانويل ماكرون.

التوضيح والتفصيل: جاءت هذه الزيارة في إطار مساعي الحكومة العراقية لتعزيز انفتاحها الخارجي وتنويع شراكاتها الدولية بعيداً عن الاقتصاد الريعي الأحادي. وتمثل باريس محطة محورية في هذه الاستراتيجية نظراً لثقلها السياسي في الاتحاد الأوروبي ودورها في ملفات الأمن والدفاع الجوي والطاقة. وقد رافقت هذه الزيارة أجندة اقتصادية وسياسية وأمنية موسّعة جرى الإعلان عنها مسبقاً، وتحدّثت عنها مصادر حكومية بأنها تتجاوز الشراكة التقليدية إلى شراكة استراتيجية شاملة.

---

*. تصريح رئيس الوزراء: العراق ينظر إلى فرنسا بوصفها شريكاً موثوقاً*

النص الخبري: أكد رئيس الوزراء أن العراق ينظر إلى فرنسا بوصفها شريكاً موثوقاً في إطار الصداقة الدائمة.

التوضيح والتفصيل: يعكس هذا التصريح رغبة بغداد في ترسيخ علاقة طويلة الأمد مع باريس تتجاوز الاتفاقات المؤقتة، وتؤسس لتعاون دائم يشمل المجالات الدفاعية والاقتصادية والثقافية. كما يشير إلى رغبة العراق في الاستفادة من الموقع الفرنسي داخل الاتحاد الأوروبي لتمرير مبادرات اقتصادية واستثمارية كبرى، وخصوصاً في قطاعات الطاقة والبنية التحتية والدفاع الجوي.

---

*. استقبال الرئيس الفرنسي لرئيس الوزراء في قصر الإليزيه*

النص الخبري: استقبل الرئيس الفرنسي إيمانويل ماكرون رئيس الوزراء علي فالح الزيدي في قصر الإليزيه، حيث جرت مباحثات موسّعة ترأس خلالها الزيدي وفد العراق.

التوضيح والتفصيل: جرت المباحثات على مستوى الوفود الموسّعة، ما يعني أن الملفات المطروحة كانت متعددة ومتشابكة، ولم تقتصر على جانب واحد. وضم الوفد العراقي مسؤولين في ملفات الطاقة والاقتصاد والخارجية والأمن. وتناولت المباحثات بحسب ما تسرّب من مصادر مطلعة ملفات: الطاقة، والدفاع الجوي، ومكافحة الفساد، والتعاون الاقتصادي، والاستثمار، وملفات إقليمية حساسة. وتُعدّ هذه المباحثات الموسّعة إشارة دبلوماسية على أن العلاقة بين البلدين انتقلت إلى مستوى التنسيق الاستراتيجي.

---

ستبقى هذه الصورة أيقونة لعار الإطار التنسيقي إلى يوم القيامة

#محمد_باقر_السعدي يُختطف وسط صمت مطبق

من حكومة العراقية -توم بارك -

وثُوجه بحقه التهم لإشباع غريزة ترامب وتصوير الأمر على أنه نصر داخل الولايات المتحدة

حتى قال #محمد_باقر_السعدي

في عقر دارهم:

( أنتم تقتلون أطفالنا .. انا غير مذنب )



أَنَا القَيْدُ فِي كَفِّي وَعِزِّي غَمَامَةٌ
وَرَأْسِي بِسَقْفِ السِّجْنِ لَا يَتَطَأْطَأُ
إِذَا حَبَسُوا جِسْمِي فَإِنَّ عَقِيدَتِي
تَحُومُ بِآفَاقِ السَّمَاءِ وَتَهْزَأُ
ظَنُّوا بِأَنَّ الأَسْرَ يُرْخِي عَزِيمَتِي
وَمَا عَلِمُوا أَنَّ التَّحَدِّيَ مَبْدَأُ
أَسِيرٌ وَلَكِنِّي أَرَى النَّجْمَ دُونَ مَنْ
إِلَى الذُّلِّ فِي عَيْشِ المَهَانَةِ يَلْجَأُ
سَأَبْقَى كَمِثْلِ الطَّوْدِ يَعْلُو شُمُوخُهُ
وَتَخْسَأُ جُدْرَانُ الطُّغَاةِ وَتَبْرَأُ






أعان الله قلب اخينا ورفيقنا العزيز ابن خط الولاية الاسير محمد باقر السعدي عندما يعلم ان امامنا الشهيد سيشيع بالعراق من دون حضوره ومشاركته

.

غاب عن الحضور لكنه لم يغب عن القلوب...في كربلاء المقدسة خلال تشييع امامنا الشهيد، رفع الأوفياء صورة رفيقنا و صديقنا العزيز الأسير محمد باقر السعدي ، ليتَه كان حاضرًا بين هذه الجموع أعان الله قلبه


الأسير لدى القوات الأمريكية محمد باقر السعدي
ولن نبالي إذا وقعنا على
الموت أو وقع الموت علينا

قبيلة بني سعد العربية تقيم تجمهراً احتجاجياً كبيراً في بغداد على خلفية اختطاف المواطن العراقي محمد باقر السعدي من قبل العدو الامريكي.



وَإِنّي لَمِن قَومٍ كَأَنَّ نُفوسَنا

بِها أَنَفٌ أَن تَسكُنَ اللَحمَ وَالعَظما

كَذا أَنا يا دُنيا إِذا شِئتِ فَاِذهَبي

وَيا نَفسُ زيدي في كَرائِهِها قُدما

فَلا عَبَرَت بي ساعَةٌ لا تُعِزُّني

وَلا صَحِبَتني مُهجَةٌ تَقبَلُ الظُلما




Plus
من هو محمد الذي اعتقلته
السلطات الأمريكية؟
1
محمد باقر سعد
داود السعدي
2
مواليد 1993
4
Iraq
شارك في عمليات
تطهير العراق
3
من أهالي
الكاظمية المقدسة
5
والده مجاهد مع
الراحل أحمد الجلبي
6
مقرب من قادة
محور المقاومة
اعتقل في تركيا
أثناء ترانزيت ترانزيت
رحلة إلى الصين



شهيد
عالي القيمة




اسير
عالي القيمة

شهدت القضية المتعلقة بالأسير العراقي محمد باقر السعدي تغطية واسعة من وسائل الإعلام الأجنبية، وذلك بعد اتهامه بتنفيذ عمليات مؤثرة في عدد من الدول الأوروبية، اعتُبرت تهديدًا مباشرًا للمصالح الصهيونية.

كتب الإعلامي رضوان ال ياسين |

بالبداية كلهم نشروا: البطل الشجاع عابر القارات

ومن سمعوا اعلام العدو يكول: قيادي بالكتـ.ـائب

نرعدوا وكالوا: ها چا هو بس إعلامي

وهو فارغ وما عنده شغل

اعلم أن خلف هذا الكلام توجيه من جهة ( نازعه ) والكتائب قالتها الشاب الشجاع لا ينتمي لنا


المحور
NEWS
الأسير العراقي
محمد باقر
بحسب بيان FBI ووزارة العدل الأمريكية
من بين الهجمات:
تفجيرات كنيس يهودي في روتردام
تفجيرات مدرسة يهودية في أمستردام
حريق استهدف بنكا في منطقة زويداس
يواجه تهمًا بقيادة
20
هجوماً
في أوروبا وكندا
وكان يخطط قبل اعتقاله لهجمات تستهدف
المؤسسات الصهيونية في
نيويورك
كاليفورنيا
أريزونا
تم اعتقاله في تركيا مطلع هذا الأسبوع
وتسليمه لـ FBI الأمريكية
وهو عضو في كتائب حزب الله العراقية
المحور NEWS

نشر على

صابرين ذكريات جنوبي انفو بلس المحور نيوز السومرية غرباء الرضوان والعديد من القنوات

بعد التصريحات القذرة الصادرة من المدعو #أبو_عراق بحق المجاهد محمد باقر السعدي...

عائلة الاسير البطل محمد باقر السعدي تتوعد باللجوء إلى القضاء، واتخاذ الإجراءات العشائرية بحق كل من يسيء إلى سمعة ابنها أو يتطاول عليه حيث وجهوا رسالة مباشرة عبر التليكرام مفادها

هذا النكرة خالد ابو عراق الذي تجرأ على محمد باقر يبارك لليمنيين انتصاراتهم

جماعة ابو جبريل الذين يعرفون حقاً من هو محمد باقر السعدي

لأن الرجال تعرف الرجال

اما أشباه الرجال فهم صفر على الشمال

حسابكم قادم هذا وعد

تنتظركم معارك قضائية وعشائرية

ترجعكم لمقاماتكم الحقيقة

تسريبات:

عائلة محمد باقر السعدي راح ترجع التشريني ابن العصائب البار إلى مزبلة التاريخ

ولعت ولعت على ابو نعال

إلى المدعو التشريني خالد العزاوي الملقب بـ( خالد ابو خشبه)

في الوقت الي انت كنت فيه بالمطعم التركي وخيم تشرين كان القيادي محمد باقر السعدي مبچي الأمريكان والدواعش في الوقت الي انت كنت أسير عند كتائب الأمام علي لان كنت تصفهم بالمجرمين والقتله والفاسدين كان المجاهد محمد باقر السعدي رفيق حجي قاسم واكرم الكعبي والعسكري والحرس الثوري الايراني

من انت حتى تنتقص من هكذا قامة جهادية تحلم بيها انت واسيادك ؟

نشر على قناة رضوان ال ياسين 17مايو2026

استطاع ( محمد باقر السعدي ) أن يسحق ذيـ،ـول أمريـ،ـكا في العراق من خلال دعـ،ـس رؤو.س أسيادهم في أوربـ،ـا وأمـ،ـريكا

وترك خلفه نبـ،ـاح الذين فقدوا كرامتهم أمام المناصب

يستسخفون جهـ،ـاده الذي سبقهم في الزمن

فلا يفقهون معنى أن تكون أممياً أو تعبر قارات من أجل ثـ،ـأر قادة النصر والسيد الولي

كان والده حجي سعد ( رضوان الله تعالى عليه)قد عبر إلى أقصى غرب آسيا بعد أن نفّذ عمليات ضد النظام العفلقي ثأرًا للشهيد الأول محمد باقر الصدرواليوم يفعلها ابنه من أجل شهيـ،ـد الامة الإمام الخامنئي (قدس سره )

محمد باقر استعجل في كشف أقنعة المقاولين كما فعلها يحـ،ـيى السنـ،ـوار حين كشف لنا تطبيع العرب

#رضوان_ال_ياسين