Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11-20-27

MEMO ENDORSED
11-20-27

November 18, 2026

***By CM/ECF***
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

– The filing deadlines for the "Combatant Immunity" Motion are Extended as requested herein.
– The trial of this case is Adjourned to Sept. 27, 2027.
Colleen McMahon

**Re:** ***United States v. Mohammad Al-Saadi***
**26 Cr. 220 (CM)**

Dear Judge McMahon:

The defense writes in advance of tomorrow's status conference in the above-captioned case to identify scheduling issues and other matters that we intend to address.

*First*, following Mr. Al-Saadi's arraignment on the superseding indictment, the defense will be prepared to address the Government's filing from yesterday evening concerning the SAMs, including whether and/or when the defense will file a sur reply. The defense maintains its request for an evidentiary hearing.

*Second*, the defense intends on requesting an adjournment of the briefing schedule for its combatant immunity motion. Over the past several months, the defense has been working diligently on a motion asserting Mr. Al-Saadi's immunity from civilian prosecution under the Third Geneva Convention because he is accused of participating in an international armed conflict. However, the defense has also been forced to simultaneously engage in substantial and ongoing litigation over Mr. Al-Saadi's confinement conditions—conditions that have negatively affected our ability to complete the combatant immunity motion and adequately review it with Mr. Al-Saadi (all with the assistance of an Arabic interpreter). Further, given the specifics of the superseding indictment reflecting Mr. Al-Saadi's alleged communications with his co-defendants, the defense anticipates similarly relying on certain aspects of the discovery to support our combatant immunity motion. We need more time to receive additional discovery from the Government and to meet and confer with the Government about our access to discovery that has already been produced, namely Mr. Al-Saadi's iPhone extraction, before we can file the combatant immunity motion. The parties are planning a "meet and confer" for the week of November 30, 2026. Accordingly, the defense anticipates asking the Court to extend (1) the defense's deadline for the combatant immunity motion to January 11, 2027; (2) the Government's response deadline to February 8, 2027; and (3) the defense's reply deadline to February 22, 2027.

*Third*, given the need for an extension of the deadline for the combatant immunity motion (a need largely precipitated by Mr. Al-Saadi's extreme confinement conditions and aspects of the Government's reliance on Rule 16 discovery in its superseding indictment), the defense acknowledges that a June 2027 trial date is unrealistic. Accordingly, the defense will also move for an adjournment of trial to at least September 2027, subject to the Court's availability. The defense notes that the Government does not object to the defense's proposed extension of the combatant immunity deadlines and the defense's request for a trial adjournment.

*Fourth*, and lastly, the defense confirms that it is still necessary for the Court to address the *Faretta* issue with Mr. Al-Saadi.

We thank the Court for its consideration.

Respectfully Submitted,

Andrew John Dalack, Esq.
Benjamin Silverman, Esq.
Hana Yamahiro, Esq.
Assistant Federal Defenders
Tel: (646) 315-1527

Cc: Counsel of record (by ECF)