**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11-20-26

October 21, 2026

~~**SEALED, *EX PARTE* FILING**~~

Unsealed per oral order in Court on 11-19-26.
Colleen McMahon

**<u>BY EMAIL</u>**
The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: *United States v. Mohammad Baqer Saad Dawood Al-Saadi*, 26 Cr. 220 (CM)**

Dear Judge McMahon:

The Government respectfully submits this sealed, *ex parte* letter to apprise the Court of certain investigative developments that bear on the defendant's motion challenging the Special Administrative Measures ("SAMs") (Dkt. No. 14) and subsequent related filings (*see* Dkt. Nos. 27-30).

On October 13, 2026, the Honorable Robyn F. Tarnofsky, United States Magistrate Judge for the Southern District of New York, authorized search warrants for several Google and Apple accounts belonging to two investigative subjects: Mohsen Mohajeri and Mohammad Ali Al-Hassani. The application and associated warrants are attached hereto as Exhibit A (the "SCA Warrant"). As described in the SCA Warrant, the Government's investigation has revealed that Mohajeri and Al-Hassani conspired with the defendant to commit several of the terrorist attacks in Europe for which the defendant is charged in this case, including attacks in London. *See* Exh. A at ¶¶ 23-24. More recently, the investigation has also revealed that Al-Hassani was involved in orchestrating a terrorist plot targeting a Royal Air Force base in Fairford, United Kingdom on or about September 27, 2026 (the "RAF Fairford Terrorist Plot"). The RAF Fairford Terrorist Plot, which contributed to the United States' removal of U.S. military aircraft from the base, has been widely reported in the media, although the Government's investigation of that plot and Al-Hassani's involvement has not yet been publicly reported. *See, e.g.*, NY Times, *5 Arrested on Suspicion of Terrorism Near U.K. Air Base Used by U.S.* (available at https://www.nytimes.com/2026/09/27/world/europe/raf-fairford-airbase-arrests.html?eafs_enabled=false); BBC, *US removes all bombers from RAF Fairford base* (available at https://www.bbc.com/news/articles/cmwyve191dlko).

The Government is actively investigating the defendant's potential role in the RAF Fairford Terrorist Plot. For example, as described in the Government's letter in opposition to the defendant's motion to vacate/modify the SAMs, the FBI cut short certain of the defendant's calls

with his immediate family because it appeared that the defendant was intentionally violating the SAMs, including by using his family to relay messages to third parties and directing those third parties to carry out certain "work" and to move money for the defendant's benefit. *See* Dkt. 24 (the "Government Response") at 10-12. Those concerns are now more acute in light of the Government's determination that Al-Hassani was involved in the RAF Fairford Terrorist Plot. For example, as described in the Government Response, on a call on or about September 24, 2026—approximately three days before the RAF Fairford Terrorist Plot—the defendant told his family to contact "Ali," and shortly afterward further directed them to "give him money so we can do it." As set forth in the SCA Warrant, the Government has reason to believe that "Ali" may have been a reference to Mohammad Ali Al-Hassani, and is investigating whether the defendant was passing information and directives to Al-Hassani through his prison calls related to the planning of the RAF Fairford Terrorist Plot. *See* SCA Warrant at ¶¶ 16-17.[1] In other calls, including on or about June 29, 2026, the defendant discussed with his family owing money to "Abbas, Abu Daniel." On the call on or about September 24, 2026, the defendant's mother told the defendant that Abbas was "praying" and "trying." The Government has reason to believe that Abbas may have been a reference to Mohsen Mohajeri on these calls. "Abu" means "father of" in Arabic, and in previous communications between the defendant and Mohajeri when they discussed working together to conduct acts of terrorism, Mohajeri identified to the defendant that he had a son named Daniel, and that the defendant could transfer money to an account in his son's name. *See* SCA Warrant at ¶ 12.g.

In light of the defendant's prior violations of the SAMs and the Government's ongoing investigation into whether the defendant is actively plotting and providing directives about future terrorist plots from the MDC, the FBI and BOP have exercised their discretion under the SAMs to limit the number of calls the defendant is permitted with his family, for the time being, to once per month. The FBI and BOP will continue to evaluate that determination as the Government's investigation proceeds.

[1] The Government is evaluating whether it will bring additional charges for Mohajeri's and Al-Hassani's involvement in certain of the European terrorist attacks for which the defendant is currently charged, as well as the RAF Fairford Terrorist Plot.

Because this letter references an active, ongoing grand jury investigation involving terrorist activity, the Government respectfully requests that this letter be maintained *ex parte* and under seal.[2] For similar reasons, the Government also respectfully requests that the Court not schedule any conference to address the defendant's request for increased access to prison calls for at least two weeks to allow the Government to continue its investigation into the aforementioned matters.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ______________________

Jeffrey W. Coyle
Sarah L. Kushner
David J. Robles
Assistant United States Attorneys
(212) 637-2437/2676/2550

[2] If the basis for sealing this letter and submitting it *ex parte* becomes moot, the Government will seek to unseal it and disclose it to the defense.